WILL ANDERSON v. THE STATE.

No. 9089. Delivered Jan. 14, 1925.

No motion for rehearing filed.

**Possessing Equipment For Making Intoxicating Liquor.**

Appellant entered a plea of guilty, and the lowest penalty was assessed. No statement of facts nor bills of exception appearing in the record, the cause is affirmed.

Appeal from the District Court of Rusk County. Tried below before the Honorable Chas. L. Brachfield, Judge.

Appeal from a conviction for possession of equipment for making intoxicating liquor, penalty, one year in the penitentiary.

No brief filed for appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

MORROW, PRESIDING JUDGE.—The offense is the unlawful possion of equipment for making intoxicating liquor; punishment fixed at confinement in the penitentiary for one year.

The indictment appears regular. No statement of facts is before this court. A plea of guilty was entered and the lowest penalty was assessed. We have perceived nothing in the record which warrants a reversal of the judgment. Its affirmance is ordered.

*Affirmed.*